UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

HUA XI and ZHONGMIN REN, on behalf of themselves and all others similarly situated,

                         Plaintiffs,                      19 **CIVIL** 7710 (LTS) (SN)

          -against-                        **RULE 54(b) JUDGMENT**

MIRA SUSHI INC., et al.,

                         Defendants.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 28, 2021, Plaintiff Xi's motion to reopen and confirm the Award (docket entry no. 28) is granted. The Court finds that in light of the arbitration's resolution of all of Plaintiff Xi's claims, there exist no just reasons for delay of entry of judgment as to Plaintiff Xi pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Judgment is entered in favor of Plaintiff Hua Xi and against Defendants Mira Sushi Inc. and Andy Lee, jointly and severally, in the total amount of $118,860.26, and to terminate Hua Xi as a Plaintiff on the docket sheet. Plaintiff Xi's claims against Defendants Stellar 153 Inc. doing business as Mira Sushi, Patricia Ng, Xiao Yun Mei, and Jinhee Cho are dismissed with prejudice to the extent brought in Plaintiff Xi's individual capacity and without prejudice to the extent they are asserted on behalf of any other plaintiffs. Pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay judgment is hereby entered.

**Dated:**  New York, New York
           October 29, 2021

                                                        **RUBY J. KRAJICK**

                                                           Clerk of Court

                               **BY:**

                                                            Deputy Clerk