# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 103, Flushing, New York 11355

December 15, 2021

*Via ECF*

Honorable Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   **Letter Motion Requesting Extension of time to File Completed Settlement Agreement**
*XI et al v. Mira Sushi Inc et al., 19-cv-07710*

Dear Judge Swain:

    We represent the plaintiff in the above referenced matter. We write respectfully and with Defendant's consent pursuant to Your Honors the parties received on December 14, 2021 to request an extension to file a Completed Settlement Agreement in the matter. Plaintiff request an additional day to file a completed Settlement Agreement that will have the Settlement Agreement and the additional documents Plaintiff intend to file with the Settlement Agreement, meaning that they will file all the Documents on December 16, 2021. This is Plaintiffs first request and granting such request will not prejudice any party in the action.

    On December 13, 2021, the parties filed their Settlement Agreement between Plaintiff Ren Zhongmin and Defendants in the action. *See* Dkt. 35. On December 14, 2021, the parties received an email from Your Honor stating if Plaintiff intends to file any additional documents with their Settlement Agreement that they filed. Plaintiff emailed Your Honor stating that Plaintiff shall have the additional documents by the following morning to file to the court. Plaintiff request an additional day to file their documents due to plaintiff's office currently has two other pressing deadlines for today and will not be able to file their documents for this case by the end of the day today. Plaintiff though will have a completed Settlement Agreement with the Settlement Agreement and the additional documents Plaintiff intended to file today with it, filed by tomorrow.

Honorable Laura Taylor Swain
1:19-cv-07710-LTS-SN *Xi v. Mira Sushi Inc. et al.*
Page 2

  For the reasons stated above, Plaintiff respectfully requests for an additional day to file a completed Settlement Agreement, that will have the Settlement Agreement and the other documents plaintiff intended to file attached with it.

  We thank the court for its consideration and apologies for any inconveniences.

                Respectfully Submitted,

                /s/ John Troy
                John Troy

Cc: all Parties on record


JT/gd

The requested extension is granted.  DE#37 resolved.

SO ORDERED.
Dated: December 15, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.